**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Hermilo GUTIERREZ–FARIAS, Defendant–Appellant.**

**Nos. 14–10086, 14–10087.**

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**650**

Submitted Feb. 17, 2015.*

Filed Feb. 24, 2015.

David Patrick Savel, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Alfred Islas, Alfred Islas, Attorney–at–Law, Rio Rico, AZ, for Defendant–Appellant.

Before: O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

## MEMORANDUM **

In these consolidated appeals, Hermilo Gutierrez–Farias appeals the 37–month sentence imposed following his guilty-plea conviction for reentry after deportation, in violation of 8 U.S.C. § 1326, and the four-month consecutive sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Gutierrez–Farias contends that the district court erred by failing to consider adequately his request for a downward variance under 18 U.S.C. § 3553(a)(6). We review for plain error, *see United States v. Rangel,* 697 F.3d 795, 805 (9th Cir.2012), and find none. The record reflects that the district court considered the need to avoid unwarranted sentencing disparities and sufficiently explained the sentence. *See United States v. Carty,* 520 F.3d 984, 992 (9th Cir.2008) (en banc).

**AFFIRMED.**

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

